# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1253
_____

SHARON ANDERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Michael A. Flowers, Judge.

June 20, 2018

PER CURIAM.

Appellant seeks review of an order denying her motion to correct illegal sentence rendered January 16, 2018. The notice of appeal failed to timely invoke the Court's jurisdiction. Fla. R. App. P. 9.110(b); Fla. R. App. P. 9.141(b)(1). Accordingly, the appeal is dismissed. Any request for belated appeal must be filed pursuant to Florida Rule of Appellate Procedure 9.141(c).

WOLF, BILBREY, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Sharon Anderson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.